Chris Almand (SBN 222755)
    calmand@kirkland.com
Craig C. Hoffman (SBN 234232)
    choffman@kirkland.com
KIRKLAND & ELLIS LLP
777 South Fiqueroa Street, Suite 3700
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Robert B. Ellis, P.C. (*Pro Hac Vice* Pending)
    rellis@kirkland.com
Jamenda A. McCoy (*Pro Hac Vice* Pending)
    jmccoy@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:     (312) 861-2000
Facsimile:     (312) 861-2200

OF COUNSEL:

Lawrence S. Buonomo, Esq.
Office of General Counsel
GENERAL MOTORS CORPORATION
400 Renaissance Center
Post Office Box 400
Detroit, Michigan  48265-4000

Attorneys for Defendant General Motors Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OPPIDO, *et al.*,<br><br>         Plaintiffs,<br><br>    vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>         Defendant. | Case No. CV 09 0426 EDL<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Judge Elizabeth D. Laporte |

1

**[PROPOSED] ORDER**

2    The Court, having reviewed the stipulation of the parties filed contemporaneously herewith,

3  and good cause appearing, hereby ORDERS as follows:

4   i.   General Motors' answer or other pleading in response to plaintiffs' Complaint shall be due

5        thirty days after the JPML rules on plaintiff's objection to the conditional transfer order; and

6   ii.  the current dates for the Rule 26(f) report and Initial Case Management Conference are

7        stricken pending a ruling by the JPML.

8   iii. the parties shall file a joint status statement no later than September 8, 2009.

9

10  **IT IS ORDERED.**

11  DATED:    March 13, 2009



_____
Hon. Elizabeth D. Laporte
United States District Court Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the CM/ECF system and Electronic Mail on March 12, 2009.

Michael F. Ram
   mfr@lrolaw.com
Karl Olson
   ko@lrolaw.com
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA  94111-1913
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Steven L. Nicholas
   sln@cunninghambounds.com
R. Edwin Lamberth
   rel@cbcbb.com
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, AL  36604
Telephone:  (251) 471-6191
Facsimile:  (251) 479-1031

Mark S. Baumkel
   baumkelm@aol.com
Law Offices, Mark S. Baumkel & Associates
30200 Telegraph Road, Suite 200
Bingham Farms, MI  48025
Telephone:  (248) 642-0444
Facsimile:  (248) 642-6661

John W. Rasmussen
   rasmussen_jw@yahoo.com
JOHN W. RASMUSSEN, P.L.C.
48 North Macdonald Street
Mesa, AZ  85201
Telephone:  (480) 964-1421
Facsimile:  (480) 834-5114
rasmussen_jw@yahoo.com

Gary E. Mason
   gmason@masonlawdc.com
Donna F. Solen
   Dsolen@masonlawdc.com

1225 19th Street NW, Suite 500
Washington, DC  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

*Attorney for Plaintiff and the Proposed Class*

                                                    s/ Chris Almand